THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RICHARD L. WHITLEY, Defendant-Appellant.

(No. 73-281;

Second District (2nd Division)—March 10, 1975.

Opinion by Mr. PRESIDING JUSTICE RECHENMACHER.

Ralph Ruebner and Phyllis J. Perko, both of State Appellate Defender's Office, of Elgin, for appellant.

Gerry L. Dondanville, State's Attorney, of Geneva (Clarence Wittenstrom, Jr., Assistant State's Attorney, of counsel), for the People.